# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0710. KENNETH J. LEWIS v. JOSEPH CHURCH et al.**

Landlord Kenneth J. Lewis filed suit against his former tenants, Joseph Church and Lacy Pass, in magistrate court. The magistrate court entered judgment in favor of Lewis, and the tenants appealed to state court. Following a bench trial, the state court entered judgment in favor of Lewis in the amount of $1,275.00, plus $152.50 in attorney fees, plus court costs and interest. Lewis has filed this direct appeal. We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). Likewise, appeals in actions for damages in which the judgment is $10,000.00 or less must be brought by discretionary application. OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is

jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Lewis's failure comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   12/27/2022*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*